DMP:FJN
F. #2020R00621

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - -X

UNITED STATES OF AMERICA

— against —

JEREMY TRAPP,

            Defendant.

- - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 13 2020 ★

LONG ISLAND OFFICE

I N D I C T M E N T

Cr. No. CR 20 308
(T. 18, U.S.C., §§ 33(a), 231(a)(3) and 3551 et seq.)

JOHNSON, JR. J.

POLLAK, M.J.

THE GRAND JURY CHARGES:

## COUNT ONE
(Destruction of Motor Vehicle)

1. On or about July 17, 2020, within the Eastern District of New York and elsewhere, the defendant JEREMY TRAPP did willfully, with the intent to endanger the safety of any person on board and any person whom he believed would board, and with a reckless disregard for the safety of human life, damage, disable, destroy, tamper with and attempt to damage, disable, destroy and tamper with a motor vehicle that was used, operated and employed in interstate and foreign commerce, to wit: a New York City Police Department vehicle in Brooklyn, New York.

(Title 18, United States Code, Sections 33(a) and 3551 et seq.)

## COUNT TWO
(Civil Disorder)

2.  On or about July 17, 2020, within the Eastern District of New York and elsewhere, the defendant JEREMY TRAPP did commit and attempt to commit acts to obstruct, impede and interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(Title 18, United States Code, Sections 231(a)(3) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DUCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2020R00621
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*JEREMY TRAPP*,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 33(a), 231(a)(3) and 3551 et seq.)

*A true bill.*

_____ _Robin Reino_ _____
_____ Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
_____ Clerk

Bail, $ _____
_____

*Francisco J. Navarro, Assistant United States Attorney (718) 254-6007*