

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN/SKW
F. # 2020R00621

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2021

<u>By E-Mail and ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        Re:   United States v. Jeremy Trapp
               <u>Criminal Docket Nos. 20-308 and 20-454 (SJ)</u>

Dear Judge Johnson:

        On April 30, 2021, the defendant pleaded guilty before the Honorable Cheryl L. Pollak to the top counts of two separate indictments, both of which are before the Court.

        In connection with the first case, 20-CR-308, the defendant pleaded guilty to Count One of the indictment, which charges him with destruction of a motor vehicle, in violation of Title 18, United States Code, Section 33. In connection with the second case, 20-CR-454, the defendant pleaded guilty to Count One of the indictment, which charges him wire fraud, in violation of Title 18, United States Code, Section 1343. A copy of the transcript of the guilty plea allocution and a proposed order are attached hereto.

The government respectfully submits this letter to request that the Court accept the guilty plea entered before Chief Magistrate Judge Pollak.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By: /s/ Sara K. Winik
Sara K. Winik
Francisco J. Navarro
Assistant U.S. Attorneys
(718) 254-7000

Encl.

cc: Clerk of Court (SJ)
Ashley Burrell, Esq. (by E-Mail and ECF)